JAMES G. BUTLER, JR., NO. 135320
CHRISTOPHER A. VIADRO, NO. 160260
DAVID PERALTA, NO. 246960
BUTLER VIADRO, LLP
414 13th Street, 7th Floor
Oakland, CA 94612
Telephone: (510) 287-2400
Facsimile: (510) 287-2401
*inbox@butlerviadro.com*

ATTORNEYS FOR PLAINTIFF
JOSÉ MAGAÑA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSÉ MAGAÑA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TECHTRONIC INDUSTRIES NORTH AMERICA, INC., RYOBI LIMITED and DOES 1-50, inclusive,<br><br>　　　　Defendants. | CASE NO. 3:13-cv-05583-WHO<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

COME NOW parties plaintiff José Magaña and defendants Techtronic Industries North America, Inc. and One World Technologies, Inc., by and through their respective counsel, and hereby report that lead counsel for plaintiff José Magaña will be out of town and unavailable on the March 18, 2014, the date currently set for a Case Management Conference before the Honorable William H. Orrick. Lead counsel for Plaintiff will also be unavailable from March 21, 2014 through March 28, 2014. Defendants' counsel has a two-week trial set to being on March 31, 2014. Based on the availability of lead counsel for Plaintiff and Defendants prior to March 21, the parties respectfully request a brief continuance to March 19, 2014, at 2:00 p.m.

/ / /

-1-

# **STIPULATION**

Based on the foregoing, the parties herein stipulate to continue the Case Management Conference currently set for March 18, 2014, at 2:00 p.m. to March 19, 2014, at 2:00 p.m.

DATED:  March 12, 2014         SCHIFF HARDIN LLP

                               By:    /s/ Mark Mahoney
                                      Mark Mahoney
                                      Attorneys for Defendants
                                      TECHTRONIC INDUSTRIES NORTH
                                      AMERICA and ONE WORLD
                                      TECHNOLOGIES, INC.


DATED:  March 12, 2014         BUTLER VIADRO LLP

                               By:    /s/ David Peralta
                                      David Peralta
                                      Attorneys for Plaintiff
                                      JOSÉ MAGAÑA

## **ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED that the parties' stipulation is modified as follows:  The Case Management Conference is continued until **March 19, 2014** at **9:00 a.m.**

Dated:  March 13, 2014         By: _____
United States District Judge

4820-0485-7881, v.

-3-
STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE