JAMES G. BUTLER, JR., NO. 135320
CHRISTOPHER A. VIADRO, NO. 160260
DAVID PERALTA, NO. 246960
BUTLER VIADRO, LLP
414 13th Street, 7th Floor
Oakland, CA 94612
Telephone: (510) 287-2400
Facsimile: (510) 287-2401
*inbox@butlerviadro.com*

ATTORNEYS FOR PLAINTIFF
JOSÉ MAGAÑA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSÉ MAGAÑA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TECHTRONIC INDUSTRIES NORTH AMERICA, INC., RYOBI LIMITED and DOES 1-50, inclusive,<br><br>　　　　Defendants. | CASE NO. 3:13-cv-05583-HSG<br><br>**[PROPOSED] ORDER CONTINUING TRIAL DATE AND PRETRIAL DEADLINES** |

## [PROPOSED] ORDER

IT IS ORDERED that the trial date and pretrial deadlines are continued as set forth in the parties' Stipulation to Continue Trial Date and Pretrial Deadlines.  Further continuances will be disfavored given the age of this case.

Dated:  April 9, 2015　　　　By:  *Haywood S. Gilliam, Jr.*

　　　　　　　　　　　　　　District Judge Haywood S. Gilliam, Jr.