JAMES G. BUTLER, JR., NO. 135320
CHRISTOPHER A. VIADRO, NO. 160260
DAVID PERALTA, NO. 246960
BUTLER VIADRO, LLP
414 13th Street, 7th Floor
Oakland, CA 94612
Telephone: (510) 287-2400
Facsimile: (510) 287-2401
*inbox@butlerviadro.com*

ATTORNEYS FOR PLAINTIFF
JOSÉ MAGAÑA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSÉ MAGAÑA,<br><br>         Plaintiff,<br><br>   v.<br><br>TECHTRONIC INDUSTRIES NORTH AMERICA, INC., RYOBI LIMITED and DOES 1-50, inclusive,<br><br>         Defendants. | CASE NO. 3:13-cv-05583-HSG<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the July 6, 2015 Confidential Settlement Agreement, plaintiff José Magaña and defendants Techtronic Industries North America, Inc. and One World Technologies, Inc., by and through their respective counsel, hereby submit the following Stipulation for Dismissal with Prejudice.

WHEREAS, plaintiff José Magaña and defendants Techtronic Industries North America, Inc. and One World Technologies, Inc. settled this matter on or about June 1, 2015.

THEREFORE, IT IS HEREBY STIPULATED by and between plaintiff José Magaña and defendants Techtronic Industries North America, Inc. and One World Technologies, Inc., through their designated counsel that the above-captioned action should be dismissed with prejudice as to defendants Techtronic Industries North America, Inc. and One World Technologies,

-1-

Inc., pursuant to FRCP 41(a)(1)(A).  Parties further stipulate that all parties will bear their own costs and fees.

        IT IS SO STIPULATED.


DATED: August 29, 2015            SCHIFF HARDIN LLP


                                  By:    /s/ Mark Mahoney
                                         Mark Mahoney
                                         Attorneys for Defendants
                                         TECHTRONIC INDUSTRIES NORTH
                                         AMERICA and ONE WORLD
                                         TECHNOLOGIES, INC.


DATED: August 29, 2015            BUTLER VIADRO LLP


                                  By:    /s/ Christopher Viadro
                                         Christopher Viadro
                                         Attorneys for Plaintiff
                                         JOSÉ MAGAÑA


## **ORDER**

    IT IS ORDERED that defendants Techtronic Industries North America, Inc. and One World Technologies, Inc. be dismissed with prejudice, that the trial date and pretrial deadlines be vacated, and that all parties will bear their own costs and fees.


Dated: August 4, 2015             By:    [signature]
                                         District Judge Haywood S. Gilliam, Jr.